SPRINGFIELD FIRE & MARINE INS. CO. v. GISH, BROOK & CO.

No. 273.    Opinion Filed November 9, 1909.

(105 Pac. 673.)

**APPEAL AND ERROR—Record—Statement as to Evidence—Review.**
Where the case-made upon appeal does not contain a statement
that it contains all the evidence presented upon ·the trial, no
error assigned which requires an examination of the evidence
can be reviewed by this court.

(Syllabus by the Court.)

*Error from District Court, Caddo County; Frank M. Bailey, Judge.*

Action by Gish, Brook & Co. against the Springfield Fire &
Marine Insurance Company. Judgment for plaintiff, and defend-
ant brings error. Motion to reinstate dismissal denied, and writ
of error dismissed.

*William Thompson* and *Fulton, Stringer & Grant,* for plain-
tiff in error.

*A. J. Morris,* for defendant in error.

HAYES, J.    The status of this case is the same as that of *In-
surance Company of North America v. Gish, Brook & Co., ante,* p.
78, 105 Pac. 672. The reasoning and conclusions of the court in
that case must follow in this.

The appeal is accordingly dismissed.

All the Justices concur.